HALPERN MAY YBARRA GELBERG LLP
   Marc D. Halpern (CA Bar No. 216426)
600 West Broadway, Suite 1060
San Diego, California 92101
Telephone: (619) 618-7000
marc.halpern@halpernmay.com

HALPERN MAY YBARRA GELBERG LLP
   Leslie A. Pereira (CA Bar No. 180222)
   Thomas Rubinsky (CA Bar No. 302002)
500 S. Hope Street, Suite 2330
Los Angeles, California 90071
Telephone: (213) 402-1911
leslie.pereira@halpernmay.com
thomas.rubinsky@halpernmay.com

Attorneys for Plaintiff
Live Nation Entertainment, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| LIVE NATION ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACTORY MUTUAL INSURANCE COMPANY, <br><br> Defendant. | CASE NO.   2:21-CV-00862 <br><br> **COMPLAINT FOR:** <br> **1) DECLARATORY RELIEF** <br> **2) BREACH OF CONTRACT** <br><br> **JURY TRIAL DEMANDED** <br><br> **[Exhibit 1, Exhibit 2]** |
|---|---|

COMPLAINT

# EXHIBIT 1

| Venue | City | State |
|---|---|---|
| Comerica Theater | Phoenix | AZ |
| Van Buren | Phoenix | AZ |
| HOB Garden Walk | Anaheim | CA |
| The Magnolia | El Cajon | CA |
| Echoplex | Los Angeles | CA |
| Belasco Theater | Los Angeles | CA |
| Wiltern | Los Angeles | CA |
| Hollywood Palladium | Los Angeles | CA |
| Riverside - Fox | Riverside | CA |
| Riverside - Muncipal Auditoirum | Riverside | CA |
| Ace of Spades | Sacramento | CA |
| Punch Line Comedy Club - Sac | Sacramento | CA |
| HOB San Diego | San Diego | CA |
| The Observatory - San Diego | San Diego | CA |
| Nob Hill Masonic Center | San Francisco | CA |
| The Fillmore - SF | San Francisco | CA |
| Punch Line Comedy Club -SF | San Francisco | CA |
| Cobb's Comedy Club - SF | San Francisco | CA |
| The Observatory - Orange County | Santa Ana | CA |
| The Fillmore Auditorium - Denver | Denver | CO |
| Summit Music Hall | Denver | CO |
| Marquis | Denver | CO |
| Oakdale Theater | Wallingford | CT |
| Warner Theatre | Washington | DC |
| Queen | Wilmington | DE |
| HOB Orlando | Lake Buena Vista | FL |

| Venue | City | State |
|---|---|---|
| Fillmore Miami Beach | Miami Beach | FL |
| Roxy Ballroom | Atlanta | GA |
| Tabernacle | Atlanta | GA |
| Buckhead Theatre | Atlanta | GA |
| Aragon Ballroom | Chicago | IL |
| HOB Chicago | Chicago | IL |
| Murat Theater | Indianapolis | IN |
| Mercury Ballroom | Louisville | KY |
| Louisville Palace Theater | Louisville | KY |
| HOB New Orleans | New Orleans | LA |
| Fillmore New Orleans | New Orleans | LA |
| Brighton Music Hall | Allston | MA |
| Orpheum_Crossroads Presents, LLC | Boston | MA |
| Orpheum Theatre | Boston | MA |
| HOB Boston_Crossroads Presents, LLC | Boston | MA |
| Paradise_Crossroads Presents, LLC | Boston | MA |
| Fillmore Silver Spring | Silver Spring | MD |
| Fillmore Detroit | Detroit | MI |
| St. Andrews Hall | Detroit | MI |
| 20 Monroe Live | Grand Rapids | MI |
| Varsity Theatre | Minneapolis | MN |
| Fillmore Minneapolis | Minneapolis | MN |
| Fillmore Charlotte | Charlotte | NC |
| Ritz | Raleigh | NC |
| HOB Las Vegas | Las Vegas | NV |
| Gramercy Theatre | New York | NY |

| Venue | City | State |
|---|---|---|
| Irving Plaza | New York | NY |
| Westbury Theater | Westbury | NY |
| Bogart's | Cincinnati | OH |
| HOB Cleveland | Cleveland | OH |
| Fillmore Philadelphia | Philadelphia | PA |
| Theater of the Living Arts | Philadelphia | PA |
| Punch Line Comedy Club - Philly | Philadelphia | PA |
| The Met, Holy Ghost | Philadelphia | PA |
| Tower Theater | Upper Darby | PA |
| HOB Myrtle Beach | N. Myrtle Beach | SC |
| Dallas HiFi | Dallas | TX |
| HOB Dallas | Dallas | TX |
| HOB Houston | Houston | TX |
| Revention Music Center | Houston | TX |
| Aztec Theatre | San Antonio | TX |
| Depot | Salt Lake City | UT |
| Sylvee | Madison | WI |

# EXHIBIT 2

| Venue | Street Address | City | State | Zip |
|---|---|---|---|---|
| Oak Mountain Amphitheatre | 1000 Amphitheatre Rd. | Pelham | AL | 35124 |
| Ak-Chin Pavilion | 2121 North 83rd Ave. | Phoenix | AZ | 85035 |
| Cricket Wireless Amphitheatre | 2050 Otay Valley Rd. | Chula Vista | CA | 91911 |
| Concord Pavilion | 2000 Kirker Pass Rd. | Concord | CA | 94521 |
| Glen Helen Amphitheater | 2575 Glen Helen Pkwy. | Devore | CA | 92407 |
| FivePoint Amphitheater | 14800 Chinon | Irvine | CA | 92618 |
| Shoreline Amphitheater | One Amphitheatre Pkwy. | Mountain View | CA | 94043 |
| Nob Hill Masonic Center | 1111 California St. | San Francisco | CA | 94108 |
| The Fillmore - SF | 1805 Geary Blvd. | San Francisco | CA | 94115 |
| Toyota Amphitheatre | 2677 Forty Mile Rd. | Wheatland | CA | 95692 |
| The Fillmore Auditorium - Denver | 1510 Clarkson St. | Denver | CO | 80218 |
| The XFINITY Theatre | 61 Savitt Way | Hartford | CT | 06120 |
| Klipsch Amphitheater at Bayfront Park | 301 N Biscayne Blvd. | Miami | FL | 33132 |
| MIDFLORIDA Credit Union Amphitheatre | 4802 US 301 North | Tampa | FL | 33610 |
| Coral Sky Amphitheatre | 601-7 Sansbury's Way | West Palm Beach | FL | 33411 |
| Verizon Wireless Ampitheater at Encore Park | 2200 Encore Parkway | Alpharetta | GA | 30009 |
| Roxy Ballroom | 800 Battery Ave. SE | Atlanta | GA | 30339 |
| Aaron's Amphitheater at Lakewood | 2002 Lakewood Way | Atlanta | GA | 30315 |
| State Bank Amphitheatre at Chastain Park | 4469 Stella Dr. NE | Atlanta | GA | 30342 |
| Wolf Creek Amphitheater | 3025 Merk Rd SW | College Park | GA | 30349 |
| Aragon Ballroom | 1106 W Lawrence Ave | Chicago | IL | 60640 |
| Huntington Bank Pavilion | 1300 South Lynn White Dr. | Chicago | IL | 60605 |
| Hollywood Casino Amp. - Tinley Park | 19100 South Ridgeland | Tinley Park | IL | 60477 |
| The Lawn at White River State Park | 9100 Keystone Crossing | Indianapolis | IN | 46240 |
| Ruoff Home Mortgage Music Center | 12880 East 146th St. | Noblesville | IN | 46060 |

| Venue | Street Address | City | State | Zip |
|---|---|---|---|---|
| Rockland Trust Bank Pavilion | 290 Northern Ave. | Boston | MA | 02210 |
| Xfinity Center | 885 South Main St. | Mansfield | MA | 02048 |
| MECU Pavilion | 731 Eastern Ave. | Baltimore | MD | 21202 |
| Hollywood Casino Amphitheatre-St. Louis | 14141 Riverport Dr. | Maryland Heights | MO | 63043 |
| PNC Music Pavilion (Charlotte) | 707 Pavilion Blvd. | Charlotte | NC | 28262 |
| Time Warner Cable Uptown Amphitheatre Charlotte | 1000 Seaboard St. | Charlotte | NC | 28206 |
| Walnut Creek Amphitheatre | 3801 Rock Quarry Rd. | Raleigh | NC | 27610 |
| Bank of New Hampshire Pavilion | 72 Meadowbrook Ln. | Gilford | NH | 03249 |
| BB&T Pavilion | 1 Harbour Blvd. | Camden | NJ | 08103 |
| PNC Bank Arts Center | Exit 116 Garden State Pkwy. | Holmdel | NJ | 07733 |
| Isleta Amphitheater | 5601 University Blvd. SE | Albuquerque | NM | 87105 |
| Coney Island Ampitheater | 3052 W. 21st Street | Brooklyn | NY | 00000 |
| Darien Lake Performing Arts Center | 9993 Allegheny Rd. | Darien Center | NY | 14040 |
| Saratoga Performing Arts Center | 108 Avenue of the Pines | Saratoga Springs | NY | 12866 |
| Nikon at Jones Beach Theater | 1000 Ocean Pkwy. | Wantagh | NY | 11793 |
| Jacobs Pavilion at Nautica | 2014 Sycamore St | Cleveland | OH | 44113 |
| Blossom Music Center | 1145 West Steels Corners Rd. | Cuyahoga Falls | OH | 44223 |
| KeyBank Pavilion | P.O. Box 431 Route 18 at Route 22 | Burgettstown | PA | 15021 |
| The Pavilion at Montage Mountain | 1000 Montage Mountain Rd. | Scranton | PA | 18507 |
| Nashville Ampitheater | 301 1st Ave | Nashville | TN | 37201 |
| Dos Equis Pavilion | 1818 1st Ave. | Dallas | TX | 75210 |
| Irving Music Factory | 300 W. Las Colinas Blvd, | Irving | TX | 75039 |
| Cynthia Woods Mitchell Pavillion | 2005 Lake Robbins Way | The Woodlands | TX | 77380 |
| USANA Amphitheatre | 466 South 400 East, Suite 200 | Salt Lake City | UT | 84111 |
| Jiffy Lube Live | 7800 Cellar Door Dr. | Bristow | VA | 20136 |

| Venue | Street Address | City | State | Zip |
|---|---|---|---|---|
| Veterans United Home Loans Amphitheatre at Virginia Beach | 3350 Cellar Door Way | Virginia Beach | VA | 23456 |
| White River Amphitheater | 40601 Auburn Enumclaw Rd. | Auburn | WA | 98092 |
| The Gorge Amphitheater | 754 Silica Rd. NW | George | WA | 98824 |
| Alpine Valley Music Theatre | 2699 Highway D | East Troy | WI | 53120 |