Robins Kaplan LLP
Scott G. Johnson (CA Bar No. 153735)
SJohnson@RobinsKaplan.com
Sylvia R. Ewald (CA Bar No. 300267)
SEwald@RobinsKaplan.com
2049 Century Park East
Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Defendant Factory Mutual
Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE NATION ENTERTAINMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:21-cv-00862-JAK-KS<br><br>Case assigned to Judge John A. Kronstadt<br><br>**FM INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>[Filed concurrently herewith: Memorandum in Support of Motion for Partial Judgment on the Pleadings; Declaration of Scott G. Johnson and exhibit thereto; Request for Judicial Notice and exhibits thereto]<br><br>Hearing Date: Aug. 16, 2021<br>Time: 8:30 a.m.<br>Courtroom: 10B |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on Monday, August 16, 2021, at 8:30 a.m., or as soon thereafter as counsel may be heard by the above-entitled

Robins Kaplan LLP
Attorneys At Law
Los Angeles

Court, located at the First Street Courthouse, 350 W. First Street, Courtroom 10B, Los Angeles, California, Defendant FACTORY MUTUAL INSURANCE COMPANY will and hereby moves for partial judgment on the pleadings on LIVE NATION ENTERTAINMENT INC.'s claims for declaratory relief and breach of contract.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Scott G. Johnson and the exhibit thereto, the Request for Judicial Notice and the exhibits thereto, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing. This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on March 26, 2021.

DATED: April 2, 2021  **ROBINS KAPLAN LLP**

By: /s/ Scott G. Johnson
Scott G. Johnson
Sylvia R. Ewald

Attorneys for Defendant Factory Mutual Insurance Company