Robins Kaplan LLP
Scott G. Johnson (CA Bar No. 153735)
SJohnson@RobinsKaplan.com
Erica A. Ramsey (pro hac vice)
ERamsey@RobinsKaplan.com
2049 Century Park East
Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Defendant Factory Mutual
Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE NATION ENTERTAINMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:21-cv-00862-JAK-KS<br><br>Case assigned to Judge John A. Kronstadt<br><br>**FACTORY MUTUAL INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF THE COURT'S ORDER RE DEFENDANT'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date:  August 15, 2022<br>Time:               8:30 a.m.<br>Courtroom:      10B<br><br>[Filed concurrently with: Memorandum of Points and Authorities] |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1   **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2       PLEASE TAKE NOTICE that on August 15, 2022, at 8:30 a.m. or as

3   soon thereafter as the matter can be heard, in Courtroom 10B, located at the

4   United States Courthouse, First Street Courthouse, 350 W. First Street,

5   Courtroom 10B, Los Angeles, CA 90012 or remotely via Zoom if directed by

6   the Court, Defendant Factory Mutual Insurance Company ("FM") will

7   move and hereby does move for reconsideration of the Court's February 3,

8   2022, Order denying FM's Motion for Partial Judgment on the Pleadings.

9       This motion is made pursuant to Local Rule 7-18 and the Court's

10  inherent authority to reconsider prior rulings and decisions on the grounds

11  that there has been a change in the law relied on by the Court in its

12  February 3, 2022 Order on the issue of whether the alleged presence of the

13  COVID-19 virus can cause "physical loss or damage" to property. After this

14  Court issued its Order, the California Court of Appeal clarified, based on

15  the same policy language and nearly identical allegations, that the presence

16  of the virus does not cause "physical loss or damage" as required by the

17  policy. This decision is the only California appellate-court ruling to directly

18  address this issue and is binding on this Court absent convincing evidence

19  that the California Supreme Court would hold differently.

20      This motion is made following the conference of counsel pursuant to

21  Local Rules 7-3, which took place on May 11, 2022, and is based on this

22  Notice and the Memorandum of Points and Authorities in support thereof,

23  all the pleadings and papers on file in this action, and such argument as

24  may be presented at the hearing.

25

26

27

28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1
2

Dated:      May 31, 2022            **ROBINS KAPLAN LLP**

3
4
5
6

By: /s/ Scott G. Johnson
     Scott G. Johnson
     Erica A. Ramsey

Attorneys for Defendant Factory
Mutual Insurance Company

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF MOTION AND MOTION FOR
RECONSIDERATION