1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE NATION ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACTORY MUTUAL INSURANCE COMPANY and DOES 1-30, inclusive, <br><br> **DEFENDANTS.** | No. 2:21-cv-00862-JAK-KS <br><br> **ORDER RE JOINT STIPULATION REGARDING BIFURCATION AND SCHEDULING (DKT. 50)** |

Based on a review of the Joint Stipulation Regarding Bifurcation and Scheduling (the "Stipulation" (Dkt. 50)), sufficient good cause has been shown for certain of the requested relief. Therefore, the Stipulation is **APPROVED IN PART**. The deadlines set in the Court's scheduling order (Dkt. 43) are amended as follows:

| Deadlines: | Original Deadline | Revised Deadline |
|---|---|---|
| Deadline for Parties to Submit Proposed Bifurcation and Stay Order, Identifying Eight (8) Test Venues to be Litigated During Phase One | *No prior deadline* | August 1, 2022 |
| Non-Expert Discovery Cut-Off for All Issues Related to Phase One Test Venues | August 1, 2022 | January 16, 2023 |
| Expert Disclosures (Initial, Phase One) (*3 weeks after non-expert discovery cut-off*) | August 15, 2022 | February 28, 2023 |
| Expert Disclosures (Rebuttal, Phase One) (*9 weeks after non-expert discovery cut-off*) | August 28, 2022 | March 14, 2023 |
| Expert Discovery Cut-Off (Phase One) (*12 weeks after non-expert discovery cut-off*) | September 12, 2022 | March 28, 2023 |
| Last Date to File All Motions (incl. discovery motions) (*12 weeks after non-expert discovery cut-off*) | September 12, 2022 | March 28, 2023 |

These dates are set without prejudice to further review in connection with a later application to extend them based on a showing that, notwithstanding diligent efforts, the discovery cannot be completed on the present schedule.

On or before December 20, 2022, the parties shall file a joint report regarding their respective and/or collective views as to whether a further settlement conference with mediator Gerald Kurland, or with a bench officer or another neutral, would be productive, and if so, a proposed schedule for doing so.

**IT IS SO ORDERED.**

Dated: June 28, 2022

_____
John A. Kronstadt
United States District Judge