**HALPERN MAY YBARRA GELBERG LLP**
  Marc D. Halpern (CA Bar No. 216426)
600 West Broadway, Suite 1060
San Diego, California 92101
Telephone: (619) 618-7000
marc.halpern@halpernmay.com

  Leslie A. Pereira (CA Bar No. 180222)
  Thomas Rubinsky (CA Bar No. 302002)
550 South Hope Street, Suite 2330
Los Angeles, California  90071
leslie.pereira@halpernmay.com
thomas.rubinsky@halpernmay.com

Attorneys for Plaintiff Live Nation
Entertainment, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE NATION ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACTORY MUTUAL INSURANCE COMPANY and DOES 1-30, inclusive, <br><br> Defendants. | Case No. 2:21-cv-00862-JAK-KS <br><br> **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Hearing Date: August 15, 2022 <br> Time:           8:30 a.m. <br> Courtroom:   10B |

Plaintiff Live Nation Entertainment, Inc. ("Live Nation") hereby notifies the Court of the following legal authority in support of its Opposition to Defendant Factory Mutual Insurance Company's Motion for Reconsideration, ECF No. 44:

1. The July 13, 2022 opinion of the California Court of Appeal, Second District, Division Seven, in *Marina Pac. Hotel & Suites, LLC v. Fireman's Fund Ins. Co.*, No. B316501, 2022 WL 2711886 (Cal. Ct. App. July 13, 2022), attached hereto as **Exhibit A**.

The aforementioned opinion is a new California Court of Appeal opinion supporting Live Nation's arguments, which was issued after July 11, 2022, the date on which the Parties completed their briefing on Defendant Factory Mutual Insurance Company's Motion for Reconsideration.

Dated:  July 26, 2022                HALPERN MAY YBARRA GELBERG LLP
                                     Marc D. Halpern
                                     Leslie A. Pereira
                                     Thomas Rubinsky


                                     By:    */s/ Marc D. Halpern*
                                        Marc D. Halpern
                                        Attorneys for Plaintiff
                                        Live Nation Entertainment, Inc.