**HALPERN MAY YBARRA GELBERG LLP**
  Marc D. Halpern (CA Bar No. 216426)
600 West Broadway, Suite 1060
San Diego, California 92101
Telephone: (619) 618-7000
marc.halpern@halpernmay.com

  Leslie A. Pereira (CA Bar No. 180222)
  Thomas Rubinsky (CA Bar No. 302002)
550 South Hope Street, Suite 2330
Los Angeles, California 90071
leslie.pereira@halpernmay.com
thomas.rubinsky@halpernmay.com

Attorneys for Plaintiff Live Nation Entertainment, Inc.

**ROBINS KAPLAN LLP**
  Scott G. Johnson (CA Bar No. 153735)
  Erica A. Ramsey (*pro hac vice*)
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
SJohnson@RobinsKaplan.com
ERamsey@RobinsKaplan.com

Attorneys for Defendant Factory Mutual Insurance Company

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE NATION ENTERTAINMENT, INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>FACTORY MUTUAL INSURANCE COMPANY and DOES 1-30, inclusive,<br><br>      Defendants. | Case No. 2:21-cv-00862-JAK-KS<br><br>**[PROPOSED] BIFURCATION AND STAY ORDER** |

Pursuant to the Court's Order Re Joint Stipulation Regarding Bifurcation and Scheduling, ECF No. 53, Plaintiff Live Nation Entertainment, Inc. ("Live Nation") and Defendant Factory Mutual Insurance Company ("FM"), by and through their undersigned counsel, hereby jointly submit the attached [Proposed] Bifurcation and Stay Order.

Respectfully submitted,

Dated:  August 1, 2022          HALPERN MAY YBARRA GELBERG LLP
Marc D. Halpern


By:  /s/ Marc D. Halpern
Marc D. Halpern
Attorneys for Plaintiff
Live Nation Entertainment, Inc.


Dated:  August 1, 2022          ROBINS KAPLAN LLP
Scott G. Johnson


By:  /s/ Scott G. Johnson
Scott G. Johnson
Attorneys for Defendant
Factory Mutual Insurance Company


\* Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.