UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE NATION ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACTORY MUTUAL INSURANCE COMPANY and DOES 1-30, inclusive, <br><br> Defendants. | No. 2:21-cv-00862-JAK-KS <br><br> **BIFURCATION AND STAY ORDER** |

Pursuant to the stipulated request of the Parties and for good cause shown, the Court hereby enters the following bifurcation and stay order:

1. This action is hereby bifurcated into two phases.

2. Phase I will include full discovery and coverage litigation on the test venues identified below, out of the numerous venues currently at issue in the litigation.

3. The test venues have been selected by the Parties in an attempt to encompass various categories of alleged circumstances that they believe will be helpful for resolving most of the key legal issues in this case.

4. The bifurcation accordingly serves the purposes of efficiency in litigation by using a limited subset of venues to try to form a template in Phase I for the more efficient resolution of the disputes concerning the many remaining sites in Phase II. This bifurcation could also assist the Parties to attempt resolution or stipulation after Phase I, avoiding the need for a Phase II.

5. The Phase I test venues are:

    a. House of Blues, Las Vegas

    b. House of Blues, San Diego

    c. Gramercy Theatre, New York City

    d. Gorge Amphitheatre, Washington State

    e. Echoplex, Los Angeles

    f. Fillmore, New Orleans

      g. House of Blues, Cleveland

      h. House of Blues, Orlando

      i. Fillmore, Detroit

      j. House of Blues, Chicago

6. The parties acknowledge that these test venues were selected based on limited preliminary information. As discovery into these test venues continues, the parties may agree that one or more test venues is no longer appropriate to serve as a test venue, and may agree to substitute and/or add other locations as test venues.

7. Live Nation's coverage claims as to all venues other than the test venues identified by the parties are hereby STAYED.

8. A case management conference concerning Phase II will be scheduled after the conclusion of Phase I.

**IT IS SO ORDERED.**

Dated: __August 3, 2022__          _____
                                                    John A. Kronstadt
                                          United States District Judge