**HALPERN MAY YBARRA GELBERG LLP**
  Marc D. Halpern (CA Bar No. 216426)
600 West Broadway, Suite 1060
San Diego, California 92101
Telephone: (619) 618-7000
marc.halpern@halpernmay.com

  Susan P. Welch (CA Bar No. 145952)
  Thomas Rubinsky (CA Bar No. 302002)
550 South Hope Street, Suite 2330
Los Angeles, California  90071
susan.welch@halpernmay.com
thomas.rubinsky@halpernmay.com

Attorneys for Plaintiff Live Nation
Entertainment, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE NATION ENTERTAINMENT, INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>FACTORY MUTUAL INSURANCE COMPANY and DOES 1-30, inclusive,<br><br>              Defendants. | Case No. 2:21-cv-00862-JAK-KS<br><br>**PLAINTIFF'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Hearing Date: August 15, 2022<br>Time:               8:30 a.m.<br>Courtroom:     10B |

Plaintiff Live Nation Entertainment, Inc. ("Live Nation") hereby notifies the Court of the following new *on point* legal authority from a court in this Circuit and ***specific to the same FM policy form***, in support of its Opposition to Defendant Factory Mutual Insurance Company's Motion for Reconsideration, ECF No. 44:

1. The October 28, 2022 Order of the United States District Court, Eastern District of California, in *Sacramento Downtown Arena LLC, et al. v. Factory Mutual Insurance Company,* Case No. 2:21-cv-00441-KJM-DB, attached hereto as **Exhibit A**.

The aforementioned decision was issued after the August 15, 2022 hearing.

Dated: November 1, 2022

HALPERN MAY YBARRA GELBERG LLP

By: ___/s/ Marc D. Halpern___
    Marc D. Halpern
    Attorneys for Plaintiff
    Live Nation Entertainment, Inc.