**HALPERN MAY YBARRA GELBERG LLP**
  Marc D. Halpern (CA Bar No. 216426)
600 West Broadway, Suite 1060
San Diego, California 92101
Telephone: (619) 618-7000
marc.halpern@halpernmay.com

  Thomas Rubinsky (CA Bar No. 302002)
550 South Hope Street, Suite 2330
Los Angeles, California  90071
thomas.rubinsky@halpernmay.com

Attorneys for Plaintiff Live Nation Entertainment, Inc.

**ROBINS KAPLAN LLP**
  Scott G. Johnson (CA Bar No. 153735)
  Erica A. Ramsey (*pro hac vice*)
2049 Century Park East, Suite 3400
Los Angeles, CA  90067
Telephone:  (310) 552-0130
SJohnson@RobinsKaplan.com
ERamsey@RobinsKaplan.com

Attorneys for Defendant Factory Mutual Insurance Company

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE NATION ENTERTAINMENT, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>FACTORY MUTUAL INSURANCE COMPANY and DOES 1-30, inclusive,<br><br>      Defendants. | Case No. 2:21-cv-00862-JAK-KS<br><br>**STIPULATION AND [PROPOSED] STAY ORDER** |

Plaintiff Live Nation Entertainment, Inc. ("Live Nation") and Defendant Factory Mutual Insurance Company ("FM"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Live Nation filed this case on January 29, 2021 and FM filed its Answer on March 26, 2021;

WHEREAS, FM subsequently filed a Motion for Partial Judgment on the Pleadings which, after full briefing, was heard on December 6, 2021, and then denied in the Court's ruling entered on February 2, 2022 (Dkt. 42);

WHEREAS, FM subsequently filed its Motion for Reconsideration on May 31, 2022, which was fully briefed on July 11, 2022, heard on August 15, 2022, and taken under submission;

WHEREAS, both parties subsequently also have submitted supplemental authorities on the issues before the Court on the pending motion that each party believes could result in modifications to the Court's prior order in their favor:

For Live Nation:  In particular *Sacramento Downtown Arena LLC, et al. v. Factory Mutual Insurance Company,* No. 2:21-cv-00441-KJM-DB (E.D. Cal. October 28, 2022).

For FM:  In particular *United Talent Agency v. Vigilant Insurance Co.*, 77 Cal. App. 5th 821, 2022 WL 1198011 (Cal. Ct. App. Apr. 22, 2022) and *Protégé Restaurant Partners LLC v. Sentinel Insurance Company, Limited, DBA The Hartford*, No. 5:20-cv-03674-BLF (9th Cir. Oct. 25, 2022), and the other cases cited by FM.

WHEREAS, the Parties await the Court's decision on the pending motion, which will determine whether the existing ruling remains in place, or will be substituted with another ruling which will further shape the issues for Phase I;

WHEREAS, the Parties have once before requested a continuance of the case schedule and also stipulated to a bifurcation with a Phase I focused on a sub-set of "test" venues (Dkt. 41, 50, 58, 58-1);

WHEREAS, a brief stay of the case pending the Court's order on the pending motion would allow for the more efficient conduct of remaining discovery and Phase I litigation, and avoid the need for repeated depositions, additional productions, and reiterative motion practice if the Court makes modifications to its prior order either favoring Live Nation's arguments or FM's arguments;

WHEREAS, the Parties may also wish to take further opportunity to engage in settlement discussions following the Court's ruling;

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the Parties that:|

The Court is respectfully requested to enter a stay of the case that shall remain in effect until 30 days after the Court's ruling on the pending Motion for Reconsideration, with the Parties to jointly submit a proposed revised scheduled for Phase I within 14 days following the aforementioned ruling.

Respectfully submitted,

Dated: November 18, 2022   HALPERN MAY YBARRA GELBERG LLP
Marc D. Halpern

By: /s/ Marc D. Halpern
Marc D. Halpern
Attorneys for Plaintiff
Live Nation Entertainment, Inc.

Dated: November 18, 2022   ROBINS KAPLAN LLP
Scott G. Johnson

By: /s/ Scott G. Johnson
Scott G. Johnson
Attorneys for Defendant
Factory Mutual Insurance Company

\* Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

IT IS SO ORDERED.

Dated: _____          _____

                                  Hon. John A. Kronstadt
                                  United States District Court Judge